1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California 95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514
   Email: mserverian@rllss.com
5
   Attorneys for Defendants
6  CITY OF SANTA CLARA (also sued as CITY OF
   SANTA CLARA POLICE DEPARTMENT)
7  DETECTIVE KENNETH HENDERSON
   (erroneously sued and served as SANTA
8  CLARA POLICE INVESTIGATOR
   HENDERSON) and , SERGEANT GREG HILL
9  (erroneously sued and served as SANTA
   CLARA POLICE SERGEANT HILL)
10

11              IN THE UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14

15 | JOSEPHINE SMITH, an individual, | Case No. CV11-03999 LHK |
   | and A.S., a minor child, by and | |
16 | through her guardian ad litem, | **STIPULATION OF THE PARTIES TO** |
   | JOSEPHINE SMITH, | **EXTEND TIME FOR EXCHANGING AND** |
17 |                                 | **LODGING SETTLEMENT CONFERENCE** |
   |     Plaintiffs,                 | **BRIEFS** |
18 | vs. | |
19 |     | Date:  March 5, 2012 |
   |     | Time:  9:30 a.m. |
20 | CITY OF SANTA CLARA, a public | CESC:  Magistrate Judge Joseph Spero |
   | entity, CITY OF SANTA CLARA | Courtroom G, 15th Floor |
21 | POLICE DEPARTMENT, a | 450 Golden Gate Avenue |
   | department of the CITY OF SANTA | San Francisco, CA |
22 | CLARA, SANTA CLARA POLICE | |
   | INVESTIGATOR HENDERSON, | |
23 | SANTA CLARA POLICE | |
   | SERGEANT HILL, and DOES 1-100, | |
24 | inclusive, | |
25 |     Defendants. | |

26

27

28

---

1
**STIPULATION OF THE PARTIES TO EXTEND TIME FOR EXCHANGING AND
LODGING SETTLEMENT CONFERENCE BRIEFS**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the date for the lodging and exchanging of the respective parties' Settlement Conference Statements is extended from February 20, 2012 to February 29, 2012.

DATED: February 17, 2012　　　　　　　　MCMANIS FAULKNER

By: /s/ Brandon Rose
　　BRANDON ROSE, ESQ.
　　Attorneys for Plaintiff

DATED: February 17, 2012　　　　　　　　RANKIN, LANDSNESS, LAHDE,
　　　　　　　　　　　　　　　　　　　　SERVERIAN & STOCK

By: /s/ MICHAEL C. SERVERIAN
　　MICHAEL C. SERVERIAN
　　Attorneys for Defendants

**IT IS SO ORDERED**

Dated: February _23_, 2012

_____
Judge of the U.S. District Court

[Seal: United States District Court, Northern District of California — signed Judge Joseph C. Spero]