1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2    **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California 95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514
   Email: mserverian@rllss.com
5
   Attorneys for Defendants
6  CITY OF SANTA CLARA (also sued as CITY OF
   SANTA CLARA POLICE DEPARTMENT)
7  DETECTIVE KENNETH HENDERSON
   (erroneously sued and served as SANTA
8  CLARA POLICE INVESTIGATOR
   HENDERSON) and , SERGEANT GREG HILL
9  (erroneously sued and served as SANTA
   CLARA POLICE SERGEANT HILL)

10

11                IN THE UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

| | |
|---|---|
| 15  JOSEPHINE SMITH, an individual, and A.S., a minor child, by and through her guardian ad litem, JOSEPHINE SMITH, <br><br>                    Plaintiffs, <br><br> vs. <br><br> CITY OF SANTA CLARA, a public entity, CITY OF SANTA CLARA POLICE DEPARTMENT, a department of the CITY OF SANTA CLARA, SANTA CLARA POLICE INVESTIGATOR HENDERSON, SANTA CLARA POLICE SERGEANT HILL, and DOES 1-100, inclusive, <br><br>                    Defendants. | Case No. CV11-03999 LHK <br><br> **STIPULATION OF THE PARTIES TO EXTEND TIME FOR EXCHANGING AND LODGING SETTLEMENT CONFERENCE BRIEFS** <br><br> Date:  March 5, 2012 <br> Time:  9:30 a.m. <br> CESC:  **Magistrate Judge Joseph Spero** <br>        **Courtroom G, 15th Floor** <br>        **450 Golden Gate Avenue** <br>        **San Francisco, CA** |

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the date for the lodging and exchanging of the respective parties' Settlement Conference Statements is extended from February 20, 2012 to February 29, 2012.

DATED: February 17, 2012         MCMANIS FAULKNER


                                 By: /s/ Brandon Rose
                                     BRANDON ROSE, ESQ.
                                     Attorneys for Plaintiff


DATED: February 17, 2012         RANKIN, LANDSNESS, LAHDE,
                                 SERVERIAN & STOCK



                                 By: /s/ MICHAEL C. SERVERIAN
                                     MICHAEL C. SERVERIAN
                                     Attorneys for Defendants


**IT IS SO ORDERED**

Dated: February _23_, 2012

                                 _____
                                 Judge of the U.S. District Court

[Seal: United States District Court, Northern District of California — signed by Judge Joseph C. Spero]

---

2
**STIPULATION OF THE PARTIES TO EXTEND TIME FOR EXCHANGING AND
LODGING SETTLEMENT CONFERENCE BRIEFS**