MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
**SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: mserverian@rllss.com

Attorneys for Defendants
CITY OF SANTA CLARA (also sued as CITY OF
SANTA CLARA POLICE DEPARTMENT)
DETECTIVE KENNETH HENDERSON
(erroneously sued and served as SANTA
CLARA POLICE INVESTIGATOR
HENDERSON) and , SERGEANT GREG HILL
(erroneously sued and served as SANTA
CLARA POLICE SERGEANT HILL)

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, and A.S., a minor child, by and through her guardian ad litem, JOSEPHINE SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA CLARA, a public entity, CITY OF SANTA CLARA POLICE DEPARTMENT, a department of the CITY OF SANTA CLARA, SANTA CLARA POLICE INVESTIGATOR HENDERSON, SANTA CLARA POLICE SERGEANT HILL, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV11-03999 LHK<br><br>[Proposed] ORDER GRANTING REQUEST OF DEFENDANT DETECTIVE KENNETH HENDERSON TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THE MARCH 5, 2012 EARLY SETTLEMENT CONFERENCE |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT based upon the grounds set forth in the letter of March 1, 2012 from defense counsel, and for good cause appearing,

1  IT IS HEREBY ORDERED THAT Defendant DETECTIVE KENNETH HENDERSON
2  may be excused from appearing in person at the Early Settlement Conference hearing set
3  for March 5, 2012 at 9:30 a.m. before the Honorable Magistrate Judge Joseph Spero.
4  DATED: March 2, 2012

   JOSEPH SPERO
   UNITED STATES MAGISTRATE JUDGE