1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, and A.S., a minor child, by and through her guardian ad litem, JOSEPHINE SMITH, | Case No.: 11-CV-03999-LHK |
| Plaintiffs, | ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |
| v. | |
| CITY OF SANTA CLARA, a public entity, et. al., | |
| Defendants. | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for April 4, 2012, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Tuesday, April 3, 2012, at noon. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: April 2, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-03999-LHK
ORDER TO FILE JCMS