```
JAMES MCMANIS (40958)
BRANDON ROSE (269196)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   408-279-8700
Facsimile:   408-279-3244
Email:       jmcmanis@mcmanislaw.com
             brose@mcmanislaw.com
```

Attorneys for Plaintiffs

```
MICHAEL C. SERVERIAN (133203)
RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
96 No. Third St., Suite 500
San Jose, California 95112
Telephone:   (408) 293-0463
Facsimile:   (408) 293-9514
Email:       mserverian@rllss.com
```

Attorneys for Defendants

**Filed**

APR 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SANTA CLARA, a public entity, et al., <br><br> Defendants. | Case No. CV 11-03999 LHK <br><br> **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO DEPOSE PRISONER** |

///
///
///
///
///
///

Stipulation And [Proposed] Order

1

NO. CV 11-03999 LHK

## STIPULATION

The parties stipulate as follows:

1. Clay Rojas ("Mr. Rojas") is a former officer of the Santa Clara Police Department ("SCPD"). The parties believe that Mr. Rojas, while still a SCPD Officer, was the officer who initially spoke with plaintiff, Josephine Smith, and ultimately handcuffed her during the October 7, 2010, incident which is the subject of the instant civil action.

2. Mr. Rojas was recently sentenced to a 36-month term in federal prison. He went into federal custody on or about March 30, 2012. He was originally held in a facility in Dublin, California. However, the parties believe he is currently in a facility in Texas, albeit possibly temporarily. It is unknown where he will be housed for the duration of his prison term. His expected release date is October 31, 2014.

3. Leave of court is necessary to take the deposition because the deponent is confined in prison. Federal Rule of Civil Procedure 30.

4. Good cause exists for taking the deposition of Mr. Rojas.

5. The parties agree that the deposition of the prisoner shall be coordinated, scheduled, and managed by the Federal Bureau of Prisons.

DATED: April 4, 2012            McMANIS FAULKNER

/s/ Brandon Rose, Esq.
JAMES McMANIS
BRANDON ROSE

Attorneys for Plaintiffs

DATED: April 4, 2012            RANKIN, LANDSNESS, LAHDE,
                                SERVERIAN & STOCK


/s/Michael C. Serverian
MICHAEL C. SERVERIAN

Attorneys for Defendants

# [PROPOSED] ORDER

After reviewing the stipulation of the parties, the Court approves the Stipulation and orders as follows:

IT IS SO ORDERED:

1. The parties may take the deposition testimony of inmate Mr. Rojas pursuant to Rule 30 of the Federal Rules of Civil Procedures.

2. The parties may take Mr. Rojas's deposition in person.

3. The parties shall give notice of this Order to the Federal Bureau of Prisons so that the taking of the deposition testimony of Mr. Rojas may be set and noticed for a time and place that will minimize any disruption to the orderly operation of the federal prison where he is housed.

4. The deposition will be recorded by stenographic means and may also be recorded by sound and/or sound-and-visual means and may also simultaneously be transcribed using LiveNote.

5. The deposition may be videotaped by a certified videographer.

6. The deposition shall take no more than six (6) hours.

DATED: 4/4/12

Lucy H. Koh
UNITED STATES DISTRICT JUDGE