1  JAMES MCMANIS (40958)
   BRANDON ROSE (269196)
2  McMANIS FAULKNER
   A Professional Corporation
3  50 West San Fernando Street, 10th Floor
   San Jose, California 95113
4  Telephone:    408-279-8700
   Facsimile:    408-279-3244
5  Email:        jmcmanis@mcmanislaw.com
                 brose@mcmanislaw.com
6
   Attorneys for Plaintiffs
7
   MICHAEL C. SERVERIAN (133203)
8  RANKIN, LANDSNESS, LAHDE,
   SERVERIAN & STOCK
9  96 No. Third St., Suite 500
   San Jose, California  95112
10 Telephone:    (408) 293-0463
   Facsimile:    (408) 293-9514
11 Email:        mserverian@rllss.com

12 Attorneys for Defendants

13
                    UNITED STATES DISTRICT COURT
14
               DISTRICT OF CALIFORNIA, NORTHERN DIVISION
15
                            SAN JOSE DIVISION
16

17 | JOSEPHINE SMITH, an individual; and A.S., a minor child, by and through her guardian ad litem, JOSEPHINE SMITH, | Case No.: CV 11-03999 LHK
18 |
19 |    Plaintiffs | **STIPULATION AND [~~PROPOSED~~] ORDER TO PERMIT FILING OF FIRST AMENDED COMPLAINT**
20 |    vs.
21 | CITY OF SANTA CLARA, a public entity; CITY OF SANTA CLARA POLICE
22 | DEPARTMENT, a department of the CITY OF SANTA CLARA; SANTA CLARA POLICE
23 | INVESTIGATOR HENDERSON; SANTA CLARA POLICE SERGEANT HILL; and
24 | Does 1-100, inclusive,
25 |    Defendants,
26
27
28

1
STIPULATION AND [~~PROPOSED~~] ORDER TO PERMIT FILING OF FIRST AMENDED COMPLAINT, Case No.: CV 11-03999 LHK

**STIPULATION**

Subject to the approval of the Court, the parties stipulate as follows:

1. On August 15, 2010, plaintiffs, Josephine Smith and A.S., filed the Complaint in this action.

2. In paragraph 9 of their Complaint, plaintiffs alleged they were ignorant of the true names and capacities of defendants sued therein as Does 1 through 100, and therefore sued these defendants by fictitious names.

3. Clay Rojas is currently serving a 36-month term in the Federal Correctional Institution in Big Spring, Texas ("FCI, Big Spring").

4. On June 13, 2012, the parties took the deposition of Mr. Rojas at FCI, Big Spring. Mr. Rojas was represented by Mark Davis, a California attorney.

5. During his deposition, Mr. Rojas testified that on October 7, 2010, the date of the incident which is the subject of the instant civil litigation, he was a Santa Clara Police Department ("SCPD") officer.

6. Mr. Rojas also testified that, during the October 7, 2010 incident, he spoke with plaintiff, Josephine Smith, and physically restrained and handcuffed her.

7. Defendants do not oppose the filing of a First Amended Complaint naming Mr. Rojas as Doe 1.

8. Defendants do not waive any right to challenge the First Amended Complaint.

///
///
///
///
///
///
///
///
///

9. Defendants shall have 20 days from service of the First Amended Complaint to file responsive pleadings.

DATED: June 22, 2012                McMANIS FAULKNER

/s/ Brandon Rose, Esq.
JAMES McMANIS
BRANDON ROSE

Attorneys for Plaintiffs

DATED:   June 22, 2012              RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

/s/  Michael Serverian, Esq.
MICHAEL C. SERVERIAN

Attorneys for Defendants

# [PROPOSED] ORDER

The Court approves the foregoing Stipulation and orders as follows.

IT IS SO ORDERED:

1. Plaintiffs may file a First Amended Complaint naming Clay Rojas as Doe 1.

2. Defendants shall have 20 days from service of the First Amended Complaint to file responsive pleadings.

DATED: June 25, 2012

*Lucy H. Koh*
UNITED STATES DISTRICT COURT JUDGE

3

STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF FIRST AMENDED COMPLAINT, Case No.: CV 11-03999 LHK