UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, et al., ) <br> ) <br>                   Plaintiffs, ) <br>    v.                         ) <br> ) <br> CITY OF SANTA CLARA, a public entity, et al. ) <br> ) <br>                   Defendants. ) <br> ) <br> ) <br> _____ ) | Case No.: 11-CV-03999-LHK <br><br> ORDER DENYING STIPULATION EXTENDING EXPERT DISCOVERY |

The parties have proposed extending the schedule for expert discovery. ECF No. 48. The parties have given no indication as to why this is necessary. Further, the proposed change would disrupt the case schedule, including the dispositive motions deadline and hearing date and the pretrial conference. The Court cannot accommodate this change in schedule. Accordingly, the parties' request to extend expert discovery is DENIED.

**IT IS SO ORDERED.**

Dated: September 10, 2012

_____
LUCY H. KOH
United States District Judge