UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, et al., <br><br> Plaintiffs, <br> v. <br><br> CITY OF SANTA CLARA, a public entity, et al. <br><br> Defendants. | Case No.: 11-CV-03999-LHK <br><br><br> ORDER DENYING STIPULATION <br> AMENDING CASE SCHEDULE |

The parties have requested a change to the case schedule extending the deadline to file dispositive motions from November 1, 2012 to December 1, 2012. ECF No. 50. The parties' dispositive motions are currently set for hearing on December 13, 2012. Thus, an extension of the deadline would also require a new hearing date. Unfortunately, the Court's law and motion calendar simply cannot accommodate a motion hearing at any later date that would not necessitate a significant postponement of the trial. Accordingly, the parties' request to extend expert discovery is DENIED.

**IT IS SO ORDERED.**

Dated: October 19, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 11-CV-03999-LHK
ORDER DENYING STIPULATION EXTENDING CASE SCHEDULE