UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, et al., ) | Case No.: 11-CV-3999-LHK |
| ) | |
| Plaintiffs, ) | ORDER VACATING MOTION |
| v. ) | HEARING |
| ) | |
| CITY OF SANTA CLARA, a public entity, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

A hearing on Defendants' motions for summary judgment and case management conference are scheduled for December 13, 2012. Pursuant to Civil Local Rule 7-1(b), the Court finds Defendants' motion to dismiss suitable for determination without oral argument. Accordingly, the hearing and case management conference are hereby VACATED. The Court will issue an Order on the motion.

**IT IS SO ORDERED.**

Dated: December 5, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-2104-LHK
ORDER VACATING MOTION HEARING