1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2    **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California  95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514
   Email: mserverian@rllss.com
5
   Attorneys for Defendants
6  CITY OF SANTA CLARA, DETECTIVE
   KENNETH HENDERSON and SERGEANT
7  GREG HILL

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  JOSEPHINE SMITH, an individual,      )   Case No. CV11-03999 LHK
    and A.S., a minor child, by and      )
13  through her guardian ad litem,       )   **[Proposed] ORDER GRANTING DEFENSE**
    JOSEPHINE SMITH,                     )   **COUNSEL'S REQUEST TO HAVE**
14                                       )   **ATTORNEY JON HEABERLIN ATTEND**
                Plaintiffs,              )   **AND REPRESENT DEFENDANTS CITY OF**
15                                       )   **SANTA CLARA, DETECTIVE KENNETH**
    vs.                                  )   **HENDERSON AND SERGEANT GREG**
16                                       )   **HILL AT THE JANUARY 30, 3013 EARLY**
    CITY OF SANTA CLARA, a public        )   **SETTLEMENT CONFERENCE**
17  entity, CITY OF SANTA CLARA          )
    POLICE DEPARTMENT, a                 )
18  department of the CITY OF SANTA      )
    CLARA, SANTA CLARA POLICE            )
19  INVESTIGATOR HENDERSON,              )
    SANTA CLARA POLICE                   )
20  SERGEANT HILL, and DOES 1-100,       )
    inclusive,                           )
21                                       )
                Defendants.              )
22  _____ )

23      TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

24      PLEASE TAKE NOTICE THAT based upon the grounds set forth in the letter of

25  January 8, 2013 from defense counsel, and for good cause appearing,

26      IT IS HEREBY ORDERED THAT attorney Michael Serverian is excused from

27  attending the Early Settlement Conference and attorney Jon Heaberlin may appear in his

28  stead as counsel for Defendants CITY OF SANTA CLARA, DETECTIVE KENNETH

1  HENDERSON and SERGEANT GREG HILL at the Early Settlement Conference hearing

2  set for January 30, 2013 at 9:30 a.m.

3  DATED: _January 10, 2013_    _____

4                                JOSEPH SPERO
                                 UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] ORDER