1 | JAMES McMANIS (40958)
CHRISTINE PEEK (234573)
2 | **McMANIS FAULKNER**
A Professional Corporation
3 | 50 West San Fernando Street, 10th Floor
San Jose, California 95113
4 | Telephone: (408) 279-8700
Facsimile: (408) 279-3244
5 | Email: jmcmanis@mcmanislaw.com
         cpeek@mcmanislaw.com
6 |
7 | Attorneys for Plaintiffs,
JOSEPHINE SMITH, an individual, and
8 | A.S., a minor child, by and through her
guardian ad litem, JOSEPHINE SMITH,
9 |
10 | MICHAEL C. SERVERIAN (SBN 133203)
DAVID J. STOCK (SBN 85655)
11 | **RANKIN, LANDSNESS, LAHDE,**
   **SERVERIAN & STOCK**
12 | 96 No. Third Street, Suite 500
San Jose, California 95112
13 | Telephone: (408) 293-0463
Facsimile: (408) 293-9514
14 | Email: mserverian@rllss.com
         dstock@rllss.com
15 |
Attorneys for Defendants
16 | CITY OF SANTA CLARA, DETECTIVE
KENNETH HENDERSON, and SERGEANT
17 | GREG HILL
18 | MARK E. DAVIS (79936)
ADAM J. DAVIS (275964)
19 | **DAVIS & YOUNG, APLC**
1960 The Alameda, Suite 210
20 | San Jose, CA 95126
Phone:      (408) 244-2166
21 | Facsimile:  (408) 244-7815
Email:  mdavis@davisyounglaw.com
22 |         adavis@davisyounglaw.com

23 |                IN THE UNITED STATES DISTRICT COURT
24 |                  NORTHERN DISTRICT OF CALIFORNIA
25 |                          SAN JOSE DIVISION

26 | JOSEPHINE SMITH, an individual,         )    Case No. CV11-03999 LHK
     and A.S., a minor child, by and        )
27 | through her guardian ad litem,          )    [Proposed] **ORDER**
     JOSEPHINE SMITH,                       )
28 |                                         )
              Plaintiffs,                    )

---
1
[Proposed] ORDER

| | |
|---|---|
| 1 | vs. )
| | )
| 2 | CITY OF SANTA CLARA, a public )
| | entity, CITY OF SANTA CLARA )
| 3 | POLICE DEPARTMENT, a )
| | department of the CITY OF SANTA )
| 4 | CLARA, SANTA CLARA POLICE )
| | INVESTIGATOR HENDERSON, )
| 5 | SANTA CLARA POLICE )
| | SERGEANT HILL, and DOES 1-100, )
| 6 | inclusive, )
| | )
| 7 |             Defendants. )
| | _____ )

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

The court accepts the stipulation of the parties and dismisses Plaintiff's 7th Cause of Action with prejudice.

DATED: February 20, 2013

*Lucy H. Koh*

HONORABLE LUCY H. KOH
U.S. DISTRICT COURT JUDGE