**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, et al., ) | Case No.: 11-CV-03999-LHK |
|                 Plaintiffs, ) | |
| v.   ) | ORDER REGARDING STIPULATION TO VACATE AND RESET TRIAL DATE |
| CITY OF SANTA CLARA, a public entity, et al. ) | |
|                 Defendants. ) | |

Upon further reflection, the Court hereby GRANTS the parties' stipulation to vacate and reset the trial date in this matter. Unfortunately, the Court recognizes that its trial calendar, as well as that of all counsel in this case, is quite full and does not wish to delay the trial for too significant an amount of time. Accordingly, the Court would like to schedule a telephonic case management conference for 10:30 a.m. on Tuesday, February 26, 2013, to discuss scheduling. The parties shall contact the Courtroom Deputy, Martha Parker Brown, in order provide direct phone numbers so that the Court may initiate the telephonic conference from Courtroom 8.

In preparation for this conference, the Court requests that the parties consider continuing the trial to the following dates: April 29 and 30, May 3, 6, 7, 10, 13, and 14. If the parties are unavailable on these dates, the parties should file a joint proposal of other dates by 9 a.m. on Tuesday, February 26, 2013.

Finally, the Pretrial Conference scheduled for March 1, 2013, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: February 25, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 11-CV-03999-LHK
ORDER REGARDING STIPULATION TO VACATE AND RESET TRIAL DATE