```
JAMES McMANIS (40958)
CHRISTINE PEEK (234573)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:        cpeek@mcmanislaw.com
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, et al., | Case No. C 11-03999 LHK |
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT** |
| CITY OF SANTA CLARA, et al., | |
| Defendants. | |

**STIPULATION**

THE PARTIES TO THIS ACTION HEREBY STIPULATE AS FOLLOWS:

1.  The parties agree that plaintiffs, JOSEPHINE SMITH and A.S., shall file their Second Amended Complaint upon the Court's execution of the order herewith. Attached as Exhibit A is a true and correct copy of plaintiffs' Second Amended Complaint. Defendants do not oppose plaintiffs' request to file the attached Second Amended Complaint.

2.  The Second Amended Complaint is identical to the First Amended Complaint, except that it adds plaintiff A.S. to the twelfth cause of action for intentional infliction of emotional distress. The only purpose of the amendment is to correct the inadvertent omission of A.S. from the twelfth cause of action. All previous court orders and stipulations concerning the

1  causes of action in the First Amended Complaint shall apply to the Second Amended Complaint,
2  once filed.  In making this stipulation, no party waives the right to appeal any such court order.
3         3.      Defendants' respective Answers to the First Amended Complaint shall be deemed
4  their Answers to the Second Amended Complaint.  No further response need be filed.
5         IT IS SO STIPULATED.

7  [In accordance with Civil Local Rule 5-1.i.3, Christine Peek, counsel for plaintiffs attests that
8  concurrence in the filing of the document has been obtained from each of the other signatories,
9  which shall serve in lieu of their signatures on this document.]

DATED: February 22, 2013            McMANIS FAULKNER

                                    _____/s/ Christine Peek_____
                                    CHRISTINE PEEK
                                    Attorneys for Plaintiffs

DATED: February 22, 2013            RANKIN, LANDSNESS, LAHDE,
                                    SERVERIAN & STOCK

                                    _____/s/ Michael C. Serverian_____
                                    MICHAEL C. SERVERIAN

                                    Attorneys for Defendants,
                                    CITY OF SANTA CLARA, CITY OF SANTA
                                    CLARA POLICE DEPARTMENT
                                    DETECTIVE KENNETH HENDERSON, and
                                    SERGEANT GREG HILL

DATED: February 22, 2013            DAVIS & YOUNG, APLC

                                    _____/s/ Mark E. Davis_____
                                    MARK E. DAVIS
                                    ADAM J. DAVIS
                                    ERIC BENGTSON

                                    Attorneys for Defendant,
                                    CLAY ROJAS

2
STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO FILE SECOND AMENDED COMPLAINT;
Case No. C 11-03999 LHK

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 25, 2013

_____
THE HONORABLE LUCY KOH
United States District Judge