UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, et al., ) <br> ) <br>                   Plaintiffs, ) <br>    v.                         ) <br> ) <br> CITY OF SANTA CLARA, a public entity, et al. ) <br> ) <br>                   Defendants. ) <br> ) | Case No.: 11-CV-03999-LHK <br><br> ORDER TO FILE MOTION IN LIMINE BY WEDNESDAY NOVEMBER 27, 2013 |

Plaintiffs have indicated that they intend to file a motion in limine "to admit pictures of certain police equipment used during the October 7, 2011 incident." ECF No. 205. Plaintiffs must file this motion by November 27, 2013 at 5pm.

**IT IS SO ORDERED.**

Dated: November 25, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-03999-LHK
ORDER TO FILE MOTION IN LIMINE