United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, et al.,   ) | Case No.: 11-CV-03999-LHK |
| )<br>Plaintiffs,   )<br>) | |
| v.   )<br>) | SUPPLEMENTAL ORDER |
| CITY OF SANTA CLARA, a public entity, et al. )<br>) | REGARDING ORDER TO FILE<br>MOTION IN LIMINE BY WEDNESDAY |
| Defendants.   )<br>) | NOVEMBER 27, 2013 |

Plaintiff will file any motion in limine to admit pictures of certain police equipment used during the October 7, 2011 incident by November 27, 2013 at 5pm. Any opposition must be filed by November 29, 2013 at 5pm. No replies will be entertained.

**IT IS SO ORDERED.**

Dated: November 25, 2013

LUCY H. KOH
United States District Judge