UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| JOSEPHINE SMITH, an individual, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF SANTA CLARA, a public entity, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No.: 11-CV-03999-LHK <br><br> ORDER TO EMAIL COPIES OF JURY INSTRUCTIONS AND PROPOSED VERDICT FORM |

The parties are hereby ordered to email to LHKCRD@cand.uscourts.gov, by November 29 at 5p.m., word versions of their joint proposed jury instructions and their joint proposed verdict form which they already filed on ECF.

**IT IS SO ORDERED.**

Dated: November 27, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-03999-LHK
ORDER TO EMAIL COPIES OF JURY INSTRUCTIONS AND PROPOSED VERDICT FORM