1  JAMES McMANIS (40958)
   LAUREN COATNEY (283953)
2  CHRISTINE PEEK (234573)
   McMANIS FAULKNER
3  A Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:   (408) 279-8700
5  Facsimile:   (408) 279-3244
   Email:       lcoatney@mcmanislaw.com
6
   Attorneys for Plaintiffs
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12 | JOSEPHINE SMITH, an individual, and A.S., a minor child, by and through her guardian ad litem, JOSEPHINE SMITH, | Case No.: CV 11-03999 LHK |
|---|---|
|    Plaintiffs, | **PLAINTIFFS' REQUEST AND ORDER AUTHORIZING ENTRY AND USE OF ELECTRONIC EQUIPMENT FOR TRIAL** |
|    vs. | |
| CITY OF SANTA CLARA, a public entity, CITY OF SANTA CLARA POLICE DEPARTMENT, a department of the CITY OF SANTA CLARA, DETECTIVE KENNETH HENDERSON, SERGEANT GREG HILL, CLAY ROJAS, and Does 2-100, inclusive, | Date:   December 9, 2013
Time:   9:00 a.m.
Ctrm:   8, 4th Floor
Judge: The Hon. Lucy H. Koh |
|    Defendants. | |

21      Pursuant to the United States District Court, Northern District General Order No. 58,

22 Plaintiffs, Josephine Smith and A.S., hereby request an order authorizing Plaintiffs to bring into

23 the courthouse on or after December 9, 2013, the following list of necessary equipment for use

24 during in the courtroom during trial:

25      1.  An LCD projector and related power cord;

26      2.  Two laptop computers and related power cords;

27      3.  Computer speakers;

28      4.  VGA cables;

PLAINTIFFS' REQUEST AND ORDER AUTHORIZING ENTRY AND USE OF ELECTRONIC
EQUIPMENT FOR TRIAL; Case No. C 11-03999 LHK

5. Extension cables and power strips;

6. Two small tables;

7. One computer table;

8. Easel with paper;

9. Podium;

10. Hand truck/dollies.

The above equipment will be brought into the courtroom and operated by employees of McManis Faulkner, Plaintiffs' counsel.

DATED:  December 2, 2013

McMANIS FAULKNER

/s/ Lauren Coatney
LAUREN COATNEY

Attorneys for Plaintiffs,
Josephine Smith and A.S., a minor

## ORDER

Having considered Plaintiffs' request and for good cause shown, it is ORDERED that the Plaintiffs' joint equipment request is granted.

Dated: 12/2/2013

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFFS' REQUEST AND ORDER AUTHORIZING ENTRY AND USE OF ELECTRONIC EQUIPMENT FOR TRIAL; Case No. C 11-03999 LHK