1   JAMES McMANIS (40958)
    LAUREN COATNEY (283953)
2   CHRISTINE PEEK (234573)
    McMANIS FAULKNER
3   A Professional Corporation
    50 West San Fernando Street, 10th Floor
4   San Jose, California 95113
    Telephone:    (408) 279-8700
5   Facsimile:     (408) 279-3244
    Email:        lcoatney@mcmanislaw.com
6
    Attorneys for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  JOSEPHINE SMITH, an individual, and A.S., a      Case No.: CV 11-03999 LHK
    minor child, by and through her guardian ad
13  litem, JOSEPHINE SMITH,
                                                      **PLAINTIFFS' REQUEST AND ORDER**
14               Plaintiffs,                          **AUTHORIZING ENTRY AND USE OF**
                                                      **ELECTRONIC EQUIPMENT FOR TRIAL**
15       vs.

16  CITY OF SANTA CLARA, a public entity,
    CITY OF SANTA CLARA POLICE
17  DEPARTMENT, a department of the CITY OF          Date:  December 9, 2013
    SANTA CLARA, DETECTIVE KENNETH               Time:  9:00 a.m.
18  HENDERSON, SERGEANT GREG HILL,               Ctrm:  8, 4th Floor
    CLAY ROJAS, and Does 2-100, inclusive,       Judge: The Hon. Lucy H. Koh
19
                 Defendants.
20

21          Pursuant to the United States District Court, Northern District General Order No. 58,

22  Plaintiffs, Josephine Smith and A.S., hereby request an order authorizing Plaintiffs to bring into

23  the courthouse on or after December 9, 2013, the following list of necessary equipment for use

24  during in the courtroom during trial:

25          1.   An LCD projector and related power cord;

26          2.   Two laptop computers and related power cords;

27          3.   Computer speakers;

28          4.   VGA cables;

---

PLAINTIFFS' REQUEST AND ORDER AUTHORIZING ENTRY AND USE OF ELECTRONIC
EQUIPMENT FOR TRIAL; Case No. C 11-03999 LHK

1    5.  Extension cables and power strips;

2    6.  Two small tables;

3    7.  One computer table;

4    8.  Easel with paper;

5    9.  Podium;

6    10. Hand truck/dollies.

7    The above equipment will be brought into the courtroom and operated by employees of

8  McManis Faulkner, Plaintiffs' counsel.

9
   DATED:  December 2, 2013                McMANIS FAULKNER
10

11
                                           /s/ Lauren Coatney
12                                         LAUREN COATNEY

13
                                           Attorneys for Plaintiffs,
14                                         Josephine Smith and A.S., a minor

15

16

17
                                **ORDER**
18
        Having considered Plaintiffs' request and for good cause shown, it is ORDERED that the
19
   Plaintiffs' joint equipment request is granted.
20

21

22  Dated:  _____            _Lucy H. Koh_____
23                                         HONORABLE LUCY H. KOH
                                           UNITED STATES DISTRICT COURT JUDGE
                                           NORTHERN DISTRICT OF CALIFORNIA
24

25

26

27

28

PLAINTIFFS' REQUEST AND ORDER AUTHORIZING ENTRY AND USE OF ELECTRONIC
EQUIPMENT FOR TRIAL; Case No. C 11-03999 LHK