UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>CITY OF SANTA CLARA, a public entity, et al.<br><br>           Defendants. | Case No.: 11-CV-03999-LHK<br><br>ORDER GRANTING STIPULATION |

The Court grants the parties' stipulation concerning the authenticity of exhibits, ECF No. 222.

**IT IS SO ORDERED.**

Dated: December 4, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-03999-LHK
ORDER GRANTING STIPULATION