1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, et al., ) | Case No.: 11-CV-03999-LHK |
| ) Plaintiffs, ) | ORDER GRANTING STIPULATION |
| v. ) | |
| CITY OF SANTA CLARA, a public entity, et al. ) | |
| ) Defendants. ) | |

The Court grants the parties' stipulation concerning the authenticity of exhibits, ECF No. 222.

**IT IS SO ORDERED.**

Dated: December 4, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-03999-LHK
ORDER GRANTING STIPULATION