UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, and A.S., a minor, | Case No.: 11-CV-03999-LHK |
| Plaintiffs, | ORDER GRANTING STIPULATION |
| v. | |
| CITY OF SANTA CLARA, a public entity, and Clay Rojas. | |
| Defendants. | |

The Court grants the parties' stipulation, ECF No. 228.

**IT IS SO ORDERED.**

Dated: December 5, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-03999-LHK
ORDER GRANTING STIPULATION