UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, and A.S., a minor, | Case No.: 11-CV-03999-LHK |
| Plaintiffs, | ORDER |
| v. | |
| CITY OF SANTA CLARA, a public entity, and Clay Rojas. | |
| Defendants. | |

The Court has received emails from each of the parties stating that they do not object to the Court's preliminary jury instructions, ECF No. 230. This includes an email from Michael Serverian on behalf of the City, Mark Davis on behalf of Clay Rojas, and Lauren Coatney on behalf of Plaintiffs.

**IT IS SO ORDERED.**

Dated: December 6, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-03999-LHK
ORDER