UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE SMITH, an individual, and A.S., a minor,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SANTA CLARA, a public entity, and CLAY ROJAS, an individual.<br><br>　　　　　　　Defendants. | Case No.: 11-CV-03999-LHK<br><br>VERDICT FORM |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**I.     42 U.S.C. § 1983 – Violation of Fourth Amendment – Excessive Force (Josephine Smith Against Defendant Clay Rojas).**

We answer the questions submitted to us as follows:

1. Did Clay Rojas use excessive force against Josephine Smith?

    Yes _____          No _____

If your answer to question 1 is yes, then answer question 2. If you answered no, go to Section II.

2. Did Clay Rojas act under color of law?

    Yes \_\_\_\_\_          No \_\_\_\_\_

If your answer to question 2 is yes, then answer question 3. If you answered no, go to Section II.

3. Was Josephine Smith harmed by defendant Clay Rojas' use of force?

    Yes \_\_\_\_\_          No \_\_\_\_\_

If your answer to question 3 is yes, then answer question 4. If you answered no, go to Section II.

4. Was Clay Rojas' conduct a substantial factor in causing harm to Josephine Smith?

    Yes \_\_\_\_\_          No \_\_\_\_\_

If your answer to question 4 is yes, then answer question 5. If you answered no, go to Section II.

5. What are Josephine Smith's damages?

TOTAL:    $_____.

**Go to Section II.**

**II.    42 U.S.C. § 1983 – Violation of First Amendment – Retaliation (Josephine Smith Against Defendant Clay Rojas).**

We answer the questions submitted to us as follows:

6. Did Josephine Smith engage in speech protected under the First Amendment?

    Yes \_\_\_\_\_          No \_\_\_\_\_

If your answer to question 6 is yes, then answer question 7. If you answered no, go to Section III.

7. Did Clay Rojas take action against Josephine Smith?

    Yes \_\_\_\_\_          No \_\_\_\_\_

If your answer to question 7 is yes, then answer question 8. If you answered no, go to Section III.

8. Was Josephine Smith's protected speech a substantial or motivating factor for Clay Rojas' action?

   Yes _____          No _____

If your answer to question 8 is yes, then answer question 9. If you answered no, go to Section III.

9. Did Clay Rojas act under color of law?

   Yes _____          No _____

If your answer to question 9 is yes, then answer question 10. If you answered no, go to Section III.

10. Was Josephine Smith harmed by Clay Rojas' action?

    Yes _____          No _____

If your answer to question 10 is yes, then answer question 11. If you answered no, go to Section III.

11. Was Clay Rojas' conduct a substantial factor in causing harm to Josephine Smith?

    Yes _____          No _____

If your answer to question 11 is yes, then answer question 12. If you answered no, go to Section III.

12. What are Josephine Smith's damages?

    TOTAL:     $_____.

    **Go to Section III.**

3

Case No. 11-CV-03999-LHK
VERDICT FORM

**III. Cal. Civ. Code § 52.1 – Violation of the Bane Act– (Josephine Smith Against Defendants Clay Rojas and the City of Santa Clara)**

We answer the questions submitted to us as follows:

12. Did a defendant use actions that a reasonable person would have found threatening, intimidating, or coercive against Josephine Smith, which (a) interfered with Josephine Smith's constitutional rights, or (b) caused Josephine Smith to reasonably believe that if she exercised her constitutional rights, defendants would commit violence against her or her property?

    Clay Rojas                Yes _____            No _____
    City of Santa Clara       Yes _____            No _____

After you answer question 12, go to question 13.

13. Did a defendant act violently against Josephine Smith or her property, which interfered with her constitutional rights?

    Clay Rojas                Yes _____            No _____
    City of Santa Clara       Yes _____            No _____

After you answer question 13, go to question 14.

14. Did a defendant act violently against Josephine Smith or her property to prevent Josephine Smith from exercising or enjoying her constitutional rights, or to retaliate against Josephine Smith for having exercised or enjoyed her constitutional rights?

    Clay Rojas                Yes _____            No _____
    City of Santa Clara       Yes _____            No _____
    Yes _____                 No _____

If your answer to questions 12, 13, or 14 is yes, go to question 15. If you answered no to questions 12, 13, and 14, go to Section IV.

15. Was a defendant's conduct a substantial factor in causing harm to Josephine Smith?

    Clay Rojas                Yes _____            No _____
    City of Santa Clara       Yes _____            No _____

4

Case No. 11-CV-03999-LHK
VERDICT FORM

If your answer to question 15 is yes as to any defendant, then answer question 16. If your answer to question 15 is no as to all defendants, go to Section IV.

16. What are Josephine Smith's damages?

TOTAL:    $_____.

**Go to Section IV.**

IV.   Cal. Civ. Code § 52.1 – Violation of the Bane Act– (A.S. Against Defendants Clay Rojas and the City of Santa Clara)

We answer the questions submitted to us as follows:

17.   Did a defendant use actions that a reasonable person would have found threatening, intimidating, or coercive against A.S., which (a) interfered with A.S.'s constitutional rights, or (b) caused A.S. to reasonably believe that if she exercised her constitutional rights, defendants would commit violence against her or her property?

   Clay Rojas              Yes _____           No _____
   City of Santa Clara     Yes _____           No _____

After you answer question 17, go to question 18.

18.   Did a defendant act violently against A.S. or her property, which interfered with her constitutional rights?

   Clay Rojas              Yes _____           No _____
   City of Santa Clara     Yes _____           No _____

After you answer question 18, go to question 19.

19.   Did a defendant act violently against A.S. or her property to prevent A.S. from exercising or enjoying her constitutional rights, or to retaliate against A.S. for having exercised or enjoyed her constitutional rights?

   Clay Rojas              Yes _____           No _____
   City of Santa Clara     Yes _____           No _____

If your answer to questions 17, 18, or 19 is yes, go to question 20. If you answered no as to questions 17, 18, and 19, go to Section V.

20. Was a defendant's conduct a substantial factor in causing harm to A.S.?

    Clay Rojas                        Yes \_\_\_\_\_                    No \_\_\_\_\_

    City of Santa Clara           Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer to question 20 is yes as to any defendant, then answer question 21. If your answer to question 20 is no as to all defendants, go to Section V.

21. What are A.S.'s damages?

TOTAL:    $_____.

**Go to Section V.**

**V.    Intrusion Into Private Affairs (Josephine Smith Against Defendants Clay Rojas and the City of Santa Clara)**

We answer the questions submitted to us as follows:

22. Did Josephine Smith have a reasonable expectation of privacy in her home?

        Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer to question 22 is yes, then answer question 23. If you answered no, go to Section VI.

23. Did a defendant intentionally intrude in Josephine Smith's home?

    Clay Rojas                        Yes \_\_\_\_\_                    No \_\_\_\_\_

    City of Santa Clara           Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer to question 23 is yes as to any defendant, then answer question 24. If you answered no as to all defendants, go to Section VI.

24. Would the defendant's intrusion be highly offensive to a reasonable person?

    Clay Rojas                        Yes \_\_\_\_\_                    No \_\_\_\_\_

    City of Santa Clara           Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer to question 24 is yes as to any defendant, then answer question 25. If you answered no as to all defendants, go to Section VI.

25. Was the defendant's conduct a substantial factor in causing harm to Josephine Smith?

    Clay Rojas                        Yes \_\_\_\_\_                    No \_\_\_\_\_

    City of Santa Clara           Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer to question 25 is yes as to any defendant, then answer question 26.  If your answer to question 25 is no as to all defendants, go to Section VI.

26. What are Josephine Smith's damages?

TOTAL:      $_____.

**Go to Section VI.**

**VI.    Intrusion Into Private Affairs (A.S. Against Defendants Clay Rojas and the City of Santa Clara)**

We answer the questions submitted to us as follows:

27. Did A.S. have a reasonable expectation of privacy in her home?

   Yes _____            No _____

If your answer to question 27 is yes, then answer question 28.  If you answered no, go to Section VII.

28. Did a defendant intentionally intrude in A.S.'s home?

   Clay Rojas                        Yes _____            No _____

   City of Santa Clara               Yes _____            No _____

If your answer to question 28 is yes as to any defendant, then answer question 29.  If you answered no as to all defendants, go to Section VII.

29. Would the defendant's intrusion be highly offensive to a reasonable person?

   Clay Rojas                        Yes _____            No _____

   City of Santa Clara               Yes _____            No _____

If your answer to question 29 is yes as to any defendant, then answer question 30.  If you answered no as to all defendants, go to Section VII.

30. Was the defendant's conduct a substantial factor in causing harm to A.S.?

   Clay Rojas                        Yes _____            No _____

   City of Santa Clara               Yes _____            No _____

If your answer to question 30 is yes as to any defendant, then answer question 31.  If you answered no as to all defendants, go to Section VII.

7

Case No. 11-CV-03999-LHK
VERDICT FORM

Case 5:11-cv-03999-LHK   Document 267   Filed 12/16/13   Page 8 of 13

31. What are A.S.'s damages?

TOTAL:       $_____.

**Go to Section VII.**

**VII.   Battery By Peace Officer (Josephine Smith Against Defendants Clay Rojas and the City of Santa Clara)**

We answer the questions submitted to us as follows:

32.   Did a defendant intentionally touch Josephine Smith or cause Josephine Smith to be touched?

  Clay Rojas    Yes _____    No _____

  City of Santa Clara  Yes _____    No _____

If your answer to question 32 is yes as to any defendant, then answer question 33.  If you answered no as to all defendants, go to Section VIII.

33. Did a defendant use unreasonable force in detaining Josephine Smith?

  Clay Rojas    Yes _____    No _____

  City of Santa Clara  Yes _____    No _____

If your answer to question 33 is yes as to any defendant, then answer question 34.  If you answered no as to all defendants, go to Section VIII.

34. Did Josephine Smith consent to the use of that force?

   Yes _____    No _____

If your answer to question 34 is no, then answer question 35.  If you answered yes, go to Section VIII.

35. Was Josephine Smith harmed by a defendant's use of force?

  Clay Rojas    Yes _____    No _____

  City of Santa Clara  Yes _____    No _____

If your answer to question 35 is no, then answer question 36.  If you answered yes, go to Section VIII.

8
Case No. 11-CV-03999-LHK
VERDICT FORM

36. Was a defendant's use of unreasonable force a substantial factor in causing harm to Josephine Smith?

    Clay Rojas                    Yes \_\_\_\_\_                    No \_\_\_\_\_

    City of Santa Clara       Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer to question 36 is yes as to any defendant, then answer question 37.  If you answered no as to all defendants, go to Section VIII.

37. What are Josephine Smith's damages?

TOTAL:    $_____.

**Go to Section VIII.**

**VIII.   Intentional Infliction of Emotional Distress (Josephine Smith Against Defendants Clay Rojas and the City of Santa Clara)**

We answer the questions submitted to us as follows:

38. Was a defendant's conduct outrageous?

    Clay Rojas                    Yes \_\_\_\_\_                    No \_\_\_\_\_

    City of Santa Clara       Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer to question 38 is yes as to any defendant, then answer question 39.  If you answered no as to all defendants, go to Section IX.

39. Did the defendant intend to cause Josephine Smith emotional distress, or did defendant act with reckless disregard of the probability that Josephine Smith would suffer emotional distress, knowing that Josephine Smith was present when the conduct occurred?

    Clay Rojas                    Yes \_\_\_\_\_                    No \_\_\_\_\_

    City of Santa Clara       Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer to question 39 is yes as to any defendant, then answer question 40.  If you answered no as to all defendants, go to Section IX.

40. Did Josephine Smith suffer severe emotional distress?

    Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer to question 40 is yes, then answer question 41. If you answered no, go to Section IX.

41. Was the defendant's conduct a substantial factor in causing Josephine Smith's severe emotional distress?

    Clay Rojas                Yes \_\_\_\_\_            No \_\_\_\_\_

    City of Santa Clara      Yes \_\_\_\_\_            No \_\_\_\_\_

If your answer to question 41 is yes as to any defendant, then answer question 42. If you answered no as to all defendants, go to Section IX.

42. What are Josephine Smith's damages?

TOTAL:    $_____.

**Go to Section IX.**

### IX. Intentional Infliction of Emotional Distress (A.S. Against Defendants Clay Rojas and the City of Santa Clara)

We answer the questions submitted to us as follows:

43. Was a defendant's conduct outrageous?

    Clay Rojas                Yes \_\_\_\_\_            No \_\_\_\_\_

    City of Santa Clara      Yes \_\_\_\_\_            No \_\_\_\_\_

If your answer to question 43 is yes as to any defendant, then answer question 44. If you answered no as to all defendants, go to Section X.

44. Did the defendant intend to cause A.S. emotional distress, or did defendant act with reckless disregard of the probability that A.S. would suffer emotional distress, knowing that A.S. was present when the conduct occurred?

    Clay Rojas                Yes \_\_\_\_\_            No \_\_\_\_\_

    City of Santa Clara      Yes \_\_\_\_\_            No \_\_\_\_\_

If your answer to question 44 is yes as to any defendant, then answer question 45. If you answered no, go to Section X.

45. Did A.S. suffer severe emotional distress?

        Yes _____                       No _____

If your answer to question 45 is yes, then answer question 46. If you answered no, go to Section X.

46. Was the defendant's conduct a substantial factor in causing A.S.'s severe emotional distress?

    Clay Rojas                 Yes _____                No _____

    City of Santa Clara       Yes _____                No _____

If your answer to question 46 is yes as to any defendant, then answer question 47. If you answered no as to all defendants, go to Section X.

47. What are A.S.'s damages?

TOTAL:    $_____.

**Go to Section X.**

**X.**    **Trespass (Josephine Smith Against Defendants Clay Rojas and the City of Santa Clara)**

We answer the questions submitted to us as follows:

48. Did Josephine Smith own or control the property at 940 and 942 Gale Drive?

        Yes _____                       No _____

If your answer to question 48 is yes, then answer question 49. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

49. Did a defendant intentionally or negligently enter Josephine Smith's property?

    Clay Rojas                 Yes _____                No _____

    City of Santa Clara       Yes _____                No _____

If your answer to question 49 is yes as to any defendant, then answer question 50. If you answered no as to all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

11

50. Did the defendant enter the property without Josephine Smith's permission?

        Clay Rojas                    Yes \_\_\_\_\_                    No \_\_\_\_\_

        City of Santa Clara          Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer to question 50 is yes as to any defendant, then answer question 51. If you answered no as to all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

51. Was a defendant's entry into the property authorized by law?

        Clay Rojas                    Yes \_\_\_\_\_                    No \_\_\_\_\_

        City of Santa Clara          Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer to question 51 was no as to any defendant, answer question 52. If your answer was yes as to all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

52. Was Josephine Smith harmed by the defendant's entry?

        Clay Rojas                    Yes \_\_\_\_\_                    No \_\_\_\_\_

        City of Santa Clara          Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer to question 52 is yes as to any defendant, then answer question 53. If you answered no as to all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

53. Was the defendant's entry a substantial factor in causing harm to Josephine Smith?

        Clay Rojas                    Yes \_\_\_\_\_                    No \_\_\_\_\_

        City of Santa Clara          Yes \_\_\_\_\_                    No \_\_\_\_\_

If your answer to question 53 is yes as to any defendant, then answer question 54. If you answered no as to all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

54. What are Josephine Smith's damages?

TOTAL:      $_____.

Case No. 11-CV-03999-LHK
VERDICT FORM

Have the presiding juror sign and date this form. After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.

Signed:_____ Date:_____

               FOREPERSON

13

Case No. 11-CV-03999-LHK
VERDICT FORM