UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*JOSEPHINE SMITH, an individual, and A.S, a minor*, v.
*CITY OF SANTA CLARA, a public entity, and CLAY ROJAS, an individual*, 11-CV-03999-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 1

The Jury has the following question: Requesting to see Clay Rojas Deposition.

Date: 12/18
Time: 2:10 pm

Signature of Juror

Response from the Court: We cannot give you the deposition transcript. If you would like some or all of the deposition testimony that was read into the record during the trial, please let us know. If there are particular topics or sections you would like to hear, please let us know. The testimony will be read to you by the Court Reporter in open court.

Date: 12/18/13
Time: 3:41 PM

Lucy H. Koh
United States District Judge