UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JOSEPHINE SMITH, an individual, and A.S, a minor, v.
CITY OF SANTA CLARA, a public entity, and CLAY ROJAS, an individual, 11-CV-03999-LHK

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 2

The Jury has the following question:

Re: Question 36 Section 7
What is the definition of harm?

Date: 12/18
Time: 3:13

Signature of Juror

Response from the Court:

You are to use the plain and ordinary meaning of harm.

Date: 12/18/13
Time: 4:00 PM

Lucy H. Koh
United States District Judge